UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THOMAS CRAVEN

VERSUS

ALLIED TRUST INSURANCE COMPANY

CIVIL ACTION

22-948-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Scott D. Johnson dated January 6, 2025, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's cause of action is DISMISSED pursuant to Local Civil Rule 41(b), and this Court's inherent power, for failure to prosecute.

Signed in Baton Rouge, Louisiana, on this 3 day of FEBRUARY, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 37.